No. 1449. COHEN ET UX. *v.* WILMINGTON HOUSING
AUTHORITY. Appeal from Sup. Ct. Del. dismissed for
want of jurisdiction. Treating the papers whereon the
appeal was taken as a petition for writ of certiorari,
certiorari denied. ■